**No. 51136.**—Protests 113964-K/60, etc., of Q. Candy & Novelty Co. et al. (Chicago, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.